ΣAG

 **FILED**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

MAY 1 3 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

*Shabari Moore* )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )

v. )

*The City Colleges of* )
*Chicago - Olive Harvey* )
*College* )
(Name of the defendant or defendants) )

CIVIL ACTION

N: 1:16-cv-05208
Judge Virginia M. Kendall
Magistrate Judge Mary M. Rowland

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is *Shabari Moore* of the county of *COOK* in the state of *Illinois*.

3. The defendant is *The City Colleges of Chicago*, whose street address is *226 W. Jackson*, (city) *Chicago* (county) *COOK* (state) *Illinois* (ZIP) *60606* (Defendant's telephone number) *~~312~~ 773- 553-2500*

4. The plaintiff sought employment or was employed by the defendant at (street address) *10001 S. Woodlawn* (city) *Chicago* (county) *COOK* (state) *IL* (ZIP code) *60628*

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☑ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) *March*, (day) *2*, (year) *2015*.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☑ the United States Equal Employment Opportunity Commission, on or about (month) *August* (day) *24* (year) *2015*.

   (ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year) _____

☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____ (day) _____ (year) _____.

(c)    Attached is a copy of the

(i)  Complaint of Employment Discrimination,

☐ YES    ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES    ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑    the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)___2___ (day) _18_ (year) _2016_ a copy of which *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐    Age (Age Discrimination Employment Act).

(b) ☐    Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☑ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☑ other (specify): The defendant terminated the plaintiff's employment, then reinstated the plaintiff without back pay or punitive damages.

4

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

On March 2nd of 2015 the plaintiff was fired by the defendant for the use of a textbook that the plaintiff publishes, edited, and contributed to as an author. Males who are similarly situated with the same

— SEE ADDITIONAL PAGE—

14.    **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☑ YES    ☐ NO

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☐    Direct the defendant to re-employ the plaintiff.

(c) ☐    Direct the defendant to promote the plaintiff.

(d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐    Direct the defendant to (specify): _____

_____

13. Continued

organization have not been terminated.
The plaintiff was reinstated on December
13, 2015 after an arbitration without
back pay or compensation for last
wages, or punitive damages.

_____

_____

_____

_____

(g) ☑  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☐  Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_____

(Plaintiff's name)

Shahari Moore

(Plaintiff's street address)

6700 S. Shore Drive

Unit 24D

(City) Chicago  (State) IL  (ZIP) 60649

(Plaintiff's telephone number) (773) 704-1984

Date: 5-13-16

6

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Shahari Moore<br>6700 S. Shore Dr.<br>Unit 24 D<br>Chicago, IL 60649 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2015-05142 | Grace Swierczek,<br>Investigator | (312) 869-8144 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Julianne Bowman*        2/18/16

Enclosures(s)

**Julianne Bowman,**
**District Director**

*(Date Mailed)*

cc: CITY COLLEGES OF CHICAGO
c/o Valerie Harper
Associate General Counsel
226 W. Jackson Blvd., 14th Floor

Chicago, IL 60606

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2015-05142 |

Illinois Department Of Human Rights
*State or local Agency, if any* ___ and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Shahari Moore** | **(773) 704-1984** | **01-10-1974** |

Street Address: **6700 S. Shore Dr., Unit 24 D, Chicago, IL 60649**
City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **CITY COLLEGES OF CHICAGO** | **500 or More** | **(312) 553-2500** |

Street Address: **Olive-Harvey, 10001 S. Woodlawn, Chicago, IL 60629**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest __ Latest **03-02-2015**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment with Respondent on or about September 1, 2001 and my most recent job classification was Department Chair/Professor. During my employment, I was accused of unethical behavior and discharged while similarly situated males, were not similarly treated.

I believe I have been discriminated against because of my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
AUG 24 2015
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

**Aug 24, 2015** / Date / Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)



**CITY COLLEGES**
of CHICAGO
Education that Works

February 27, 2015

Shahari Moore
6700 South Shore Drive, 24D
Chicago, Illinois 60649

Dear Ms. Moore:

Dr. Mia Hardy, Vice President of Academic and Student Affairs conducted a pre-disciplinary hearing on your behalf on January 22, 2015, at Olive-Harvey College. Also in attendance at the hearing were Latasha Larry, Human Resources Director; Tia Robinson, Interim Dean of Instruction; Sharon Silverman, Local 1600 Chapter Chair; and Melvin Anderson, Local 1600 Grievance Chair. You had an opportunity to present testimony and evidence on your behalf.

Based on the findings, Angelia Millender, Olive-Harvey College President recommended termination of your employment, and I accepted this recommendation.

Please be advised that today, February 27, 2015, will be your last day of work. You must return all City Colleges of Chicago property upon receipt of this communication, including but not limited to your City Colleges of Chicago employee identification card as well as keys, telephones, and computer equipment that you have in your possession. You should submit these items to your manager. You must contact Ms. Larry, to arrange a mutually convenient time to remove your personal belongings. Should the need arise for you to come to the College after today; you must first contact Ms. Larry to obtain approval.

For information about Unemployment Insurance, please see the enclosed brochure.

If you have further questions, please contact Ms. Larry at (773) 291-6210.

Sincerely,

Stephanie Tomino
Vice Chancellor of Human Resources

cc:   Angelia Millender, Olive-Harvey College President
      Latasha Larry, Olive-Harvey College Human Resources Director
      David Richmond, Local 1600 President
      Brenda Pryor, Local 1600 Legal Counsel

226 W. Jackson Blvd. I Chicago, Illinois 60606 I 773 COLLEGE I

**Subject:** Fwd: Reinstatement to Kennedy King College
**From:** Shahari <shaharimoore@aol.com>
**Date:** Fri, 13 May 2016 10:59:08 -0400
**To:** usa3609@fedex.com

Please print one copy. I will pick this up in 30 minutes.

*Best,*
*Shahari Moore*

-----Original Message-----
From: Shahari <shaharimoore@aol.com>
To: shaharimoore <shaharimoore@aol.com>
Sent: Tue, Mar 22, 2016 5:43 pm
Subject: Fwd: Reinstatement to Kennedy King College

*Best,*
*Shahari Moore*

-----Original Message-----
From: Araceli Cabrales-Medina <acabrales@ccc.edu>
To: shaharimoore <shaharimoore@aol.com>
Sent: Thu, Dec 10, 2015 11:34 pm
Subject: Reinstatement to Kennedy King College

Good Afternoon Ms. Moore,

City Colleges of Chicago is reinstating your employment at Kennedy-King College in position Full-Time Faculty 30 Hours effective December 13, 2015 and will begin teaching Spring 2016 Semester. As discussed yesterday, I am confirming the scheduled meeting for Thursday, December 17, 2015 starting at 12:00 pm at Kennedy King College (6343 S. Halsted, Chicago, IL 60621). My office is located in the W Building, 2nd Floor in Room W221 (President Suite). Below I have provided driving directions and parking instructions.

We will discuss the reinstatement to payroll effective January 11, 2016, salary, benefits, mandatory trainings and any other questions you may have. Also you will meet with Dereese Reid-Hart, Dean of Instruction and Dr. Kristy Lisle, Vice President, Academic Affairs at 2:00 pm.

As part of the reinstatement you will have to complete a Drug Test and Background check.

↓ Background Check
You will receive an email from our background check agent Employment Background Investigation (EBI) customercare@ebiinc.com. Please complete your background check through the EBI link within 48 hours of receiving the email. (NOTE: The email may be sent to your "Junk/Spam" mailbox.)
↓ Drug Testing
As discussed you are scheduled to complete the Drug Test on Thursday, December 17, 2015 at a Mercy Works location. Please confirm the Mercy Works location you will be completing the drug test. It is important that you make this scheduled appointment. If you are unable to keep this appointment, notify me by 5:00 p.m. tomorrow, December 11, 2015 so that we can reschedule the test.

Driving and parking instructions are below:

If you are traveling southbound on 94 (Dan Ryan) there is an exit for 63rd street. Take the 63rd Street Exit and turn right at the light, keep straight until you get to Halsted. Make a left turn on Halsted then a right turn on 65th Street. Park in the lot and walk across the street to the W-Building (clock tower). Security will direct you further once in the building.

If you are traveling northbound on 94 (Dan Ryan) take the Marquette exit, go up the ramp and stay in the lane to the left. Make a left and proceed until you arrive at Halsted. Make a right on Halsted and proceed until you get to 65th Street, make a left and park in the lot. Walk across the street to the W-Building (clock tower). Security will direct you further once in the building.

If you are traveling east bound on 63rd turn right on Halsted and make a right turn at 65th Street into the parking lot. Walk across the street to the W-Building (clock tower). Security will direct you further once in the building.

If you have any questions, or concerns, please feel free to contact me at (773) 602-5365 or by email at acabrales@ccc.edu.

Thank you,
**Araceli Cabrales-Medina** | Human Resources Director |
6301 S. Halsted Street | Chicago, IL 60621
p 773-602-5365 | Google Voice 708-933-8601



CITY COLLEGES ∘ CHICAGO
**Kennedy-King**
Education that Works

| image002.gif | Content-Type: | image/gif |
|---|---|---|
| | Content-Encoding: | base64 |

img-Z10185040-0001.pdf

| img-Z10185040-0001.pdf | Content-Type: | application/pdf |
|---|---|---|
| | Content-Encoding: | base64 |

# MERCYWORKS OCCUPATIONAL MEDICINE
## AUTHORIZATION FOR EXAMINATION OR TREATMENT
(In accordance with Mercy Hospital & Medical Center, please do not present with unattended children under the age of 12 as MERCYWorks has the right to reschedule your appointment. Thank you for your cooperation.)

Patient Name: Shahan G. Moore     S. S. #: ___ - ___ - ___

Patients Home Address: 6700 S. South Shore Dr. Chicago IL 60649
Apt 24 D       City,     State,     Zip Code

Employer: **City Colleges of Chicago (CITCOL)**     Date of Birth: _____

Please note the college/satellite that the candidate is coming from:

- ☐ Daley
- ☐ District Office
- ☐ Harold Washington
- ☒ Kennedy King
- ☐ Malcolm X
- ☐ Olive Harvey
- ☐ Truman
- ☐ Wright

## Work Related Injury
☐ Injury, Date of Injury: _____ Time of Injury: _____ Dept/Floor: _____
Was this due to a blood borne pathogen exposure (please circle) yes or no.

## Substance Abuse Testing *(check all that apply, Valid Picture I.D. Required)*
☐ Non-Nida 5-Panel Expanded Drug Screen #89700     ☐ Breath Alcohol Testing

## Type of Substance Abuse Testing *(check all that apply. Valid Picture I.D. Required)*
- ☐ Preplacement
- ☐ Post Accident
- ☐ Reasonable Cause
- ☐ Random
- ☐ Return to Duty
- ☐ Follow Up

## Special Services
☒ On-Site Drug and Alcohol Testing for Reasonable Cause (please call the on-site unit).

## Company is the Responsible Party for Payment

**Special Instructions/Comments:** _____

Please check the authorization list to ensure that the authorized by signature is by an approved associate of City Colleges.
If the patient presents 24 hours after the authorized date below please contact City Colleges for approval prior to testing.

Authorized By: _____     Araeli Gabriela Medina
                    Signature                          Print Name

Phone: 773-609-5365     12/17/15
                          Date

## TREATMENT SITES *(All sites have free parking)*

**MercyWorks on Pulaski**
5525 South Pulaski, Suite 2-200
Chicago, Illinois 60629
(773) 284-5278, Fax (773)-585-0395
(M-F 8:00 am-4:30 pm)

[Near Midway Airport]

**MercyWorks at Dearborn Station**
47 West Polk Street, Suite G1
Chicago, Illinois 60605
(312) 922-3409 Fax (312) 583-1712
(M-F 8:00 am-4:30 pm)

**MercyWorks on Cumberland**
Drug and Alcohol Testing Only
4900 North Cumberland Avenue
Norridge, Illinois 60706
(312) 567-2781, Fax (312) 567-6720
(M-F 7:00 am-7:00 pm)
(Saturday 8:00 am-4:00 pm,
Sun & Holidays 8:00 am -1:00 pm)

[Close to O'Hare Airport]

**MercyWorks on Ashland**
3316 South Ashland
Chicago, Illinois 60608
(773) 254-2133, Fax (773) 254-4185
(M-F 7:00 am-7:00 pm)

**Injury Care & After Hours Reasonable Cause Testing Only**
Mercy Hospital & Medical Center, Emergency Room
2525 South Michigan Avenue
Chicago, Illinois 60616
24 Hours a Day, 7 Days a Week

[Do not send any Pre-employment to the ER as they will not be seen.]

**Back to Health Chiropractic Medical Center**
Drug and Alcohol Testing Only
12647 South Justine
Calumet Park, Illinois 60827
(708) 489-2225, Fax (708) 489-2610
(M-Thur 9:00am-5:00pm, Friday 9:00am-12:00pm)

MW 09/15 #E001 p. 1

**CCC Faculty Who Have Used Books That They Have Authored, Edited, Contributed to and or Published Akademos Images Fall 2015. Updated 12-10-15**

Note: I pulled these images from the Akademos website. Akademos sells books on behalf of the City Colleges of Chicago. Both the college and the organization are aware of books that are sold through this site. All of the screenshots are books that faculty have either edited, contributed to and/or published. Clearly, a profit is made from the books that are sold here.

Richard Williams, FT Faculty (Male, African American) (3 Sections Course Math 98, Section C & D, Math 99 Section F)(Malcolm X College)











Daniel Davis, FT Faculty (Male, African American) (Course: Introduction to African American Studies) (Kennedy King College) (6 Sections D, F, C, PR, J2, E)







Myiti Sengstacke (Female with a Male Co-Author, African American) (Course: Introduction to African American Studies) (Kennedy King College) (5 Sections M, P, Q, SDF, SL2)











Edward Davis, FT Faculty, Department Chair, (Course: Cultural Anthropology)
(Male, African American) (2 Sections F & C)

